**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **CLOUD SYSTEMS HOLDCO IP, LLC,**<br>    **Plaintiff,** | **Civil Action No. 6:22-cv-01063** |
| **v.** | |
| **ADT COMMERCIAL, LLC,**<br>    **Defendant** | **JURY TRIAL DEMANDED** |

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Cloud Systems HoldCo IP, LLC, ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock.  Plaintiff shows as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1.  Cloud Systems HoldCo IP, LLC

2.  Ramey LLP

DATED: October 7, 2022                 Respectfully submitted,

                                                        **Ramey LLP**

                                        By: */s/ William P. Ramey, III*
                                               William P. Ramey, III
                                               Texas Bar No. 24027643
                                               5020 Montrose Blvd., Suite 800
                                               Houston, Texas 77006
                                               (713) 426-3923 (telephone)
                                               (832) 900-4941 (fax)
                                               wramey@rameyfirm.com

                                        *Attorneys for Cloud Systems HoldCo IP, LLC*